# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

JASON G. OHNEMUS and BROOK S. PAYNE, Individually and as Representatives of a Class of Participants and Beneficiaries of the Telephone and Data Systems, Inc. Tax Deferred Savings Plan,

        Plaintiffs,

v.

TELEPHONE AND DATA SYSTEMS, INC., and BOARD OF DIRECTORS OF TELEPHONE AND DATA SYSTEMS, INC.,

        Defendants,

**CIVIL NUMBER: 4:24-cv-00081-RGE-HCA**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Pursuant to [32] Order Granting Motion to Dismiss, Judgment is entered in favor of the Defendants, Telephone and Datt Systems, Inc. and Board of Directors of Telephone and Data Systems, Inc.

Date: November 6, 2024

CLERK, U.S. DISTRICT COURT

/s/ Kandy Sands
By: Deputy Clerk